|   |   |   |
|---|---|---|

```
 1
 2
 3
 4
 5
 6
 7                         UNITED STATES DISTRICT COURT
 8                                DISTRICT OF NEVADA
 9
10   JIMMY EARL DOWNS,               )
                                     )
11          Plaintiff,                )      2:12-cv-00326-GMN-GWF
                                     )
12   vs.                              )
                                     )      ORDER
13   MARGARET LEFFNER, et al.,       )
                                     )
14          Defendants.               )
                                     /
15
16          This is an action on a civil rights complaint pursuant to 42 U.S.C. § 1983, removed from
17   state court.  The complaint was previously screened by the court.  (ECF No. 8).  The matter shall
18   now proceed.
19          **IT IS ORDERED** as follows:
20   1.     The Clerk shall **FILE** and electronically **SERVE** a copy of this order and a copy of
21          plaintiff's complaint (ECF No 1-2, Exhibits A & B) on the Office of the Attorney
22          General of the State of Nevada, attention Pamela Sharp.
23   2.     Subject to the findings of the Screening Order, the Attorney General's Office shall
24          advise the court within **twenty-one (21) days** of the date of the entry of this order
25          whether it can accept service of process for any named, but unserved defendants.  As
26          to any of the named defendants for which the Attorney General's Office cannot accept
```

service, the Office shall file, *under seal*, the last known address(es) of those defendant(s).

3. If the Attorney General's Office declines to accept service for any of the defendant(s), plaintiff shall file a motion identifying those defendant(s), requesting issuance of a summons, and specifying a full name and address for said defendant(s).

4. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **sixty (60) days** from the date of this order.

5. Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein. The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

**IT IS SO ORDERED.**

DATED:  August 1, 2012.

_____
UNITED STATES MAGISTRATE JUDGE